UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUAN FRANCISCO CUARTAS VILLEGAS, PABLO EFRAIN CAMERO BERNAL, JOSE MARIA CASTILLO BERRIO, and JESUS ALBERTO MORELO CASTILLO,<br><br>Defendants. | 21 Cr. 99 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

    An initial conference is hereby scheduled for May 19, 2021, at 9:00 a.m. with a backup time 12:00 p.m., as to Defendants Pablo Efrain Camero Bernal, Jose Maria Castillo Berrio, and Jesus Alberto Morelo Castillo. The conference will proceed remotely, the date and time will be confirmed the week before the conference, and instructions for accessing the conference will be provided separately. The Court will consider a request for the exclusion of time under the Speedy Trial Act should the parties make such an application.

    SO ORDERED.

Dated:    May 4, 2021
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge