UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JUAN FRANCISCO CUARTAS VILLEGAS,
PABLO EFRAIN CAMERO BERNAL, JOSE
MARIA CASTILLO BERRIO, and JESUS
ALBERTO MORELO CASTILLO,

Defendants.

21 Cr. 99 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for May 19, 2021, is hereby ADJOURNED to

May 25, 2021, at 12:00 p.m. with a backup time 9:00 a.m., as to Defendants

Pablo Efrain Camero Bernal, Jose Maria Castillo Berrio, and Jesus Alberto

Morelo Castillo.  The conference will proceed remotely, the date and time will be

confirmed the week before the conference, and instructions for accessing the

conference will be provided separately.  The Court will consider a request for

the exclusion of time under the Speedy Trial Act should the parties make such

an application.

SO ORDERED.

Dated:    May 4, 2021
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge