UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JUAN FRANCISCO CUARTAS VILLEGAS,

Defendant.

21 Cr. 99-1 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

An initial conference is hereby scheduled for June 15, 2021, at 12:00 p.m. with a backup time 9:00 a.m. The conference will proceed remotely, the date and time will be confirmed the week before the conference, and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated: June 2, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge