UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 99-1 (KPF) |
| JUAN FRANCISCO CUARTAS VILLEGAS, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for June 15, 2021, is ADJOURNED to 3:00 p.m. on the same date. The conference will proceed by telephone and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated: June 7, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge