UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- <br> JUAN FRANCISCO CUARTAS VILLEGAS, PABLO EFRAIN CAMERO BERNAL, JOSE MARIA CASTILLO BERRIO, and JESUS ALBERTO MORELO CASTILLO, <br><br> Defendants. | 21 Cr. 99 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to the Court's trial calendar, the pretrial conference presently scheduled for June 21, 2022, is hereby ADJOURNED to **July 27, 2022, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, New York, New York. The Court will consider a request for the exclusion of time under the Speedy Trial Act should the parties make such an application.

SO ORDERED.

Dated:   June 16, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge