UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JUAN FRANCISCO CUARTAS VILLEGAS,

Defendant.

21 Cr. 99-1 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a change of plea hearing on October 28, 2022, at 2:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   August 5, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge