UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JUAN FRANCISCO CUARTAS VILLEGAS, PABLO EFRAIN CAMERO BERNAL, JOSE MARIA CASTILLO BERRIO, and JESUS ALBERTO MORELO CASTILLO,<br><br>Defendants. | 21 Cr. 99 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on July 27, 2022, the parties are directed to comply with the following briefing schedule: Defendants' pre-trial motions shall be due on **January 9, 2023**. The Government shall submit its opposition, if any, on or before **January 23, 2023**. Defendants' replies, if any, shall be due on **January 30, 2023**.

The Court will hear oral argument on any motions on **February 7, 2023, at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Further, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **April 17, 2023, at 9:00 a.m.**;
- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **March 17, 2023**;

- Any opposition papers to motions in limine will be due **March 24, 2023**; and

- The final-pretrial conference will be scheduled for **April 4, 2023 at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Government's disclosure of material under 18 U.S.C. § 3500 will be governed by the schedule set forth at the conference.

SO ORDERED.

Dated:   November 2, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge