# HAGER & SCHWARTZ, P.A.
*Protecting Your Rights. Defending Your Freedom.*

John S. Hager, Esq.  
Brett M. Schwartz, Esq.

Toll Free:  (866) 850-7575  
Broward:   (954) 533-3696  
Miami:     (305) 500-9959  
Facsimile: (888) 633-7595

January 10, 2023

Honorable Catherine Polk Failla  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007



RE: USA V. JUAN CUARTAS VILLEGAS, 1:21-cr-00099-KPF-1

Dear Honorable Polk Failla:

Due to travel, we are requesting an adjournment of Sentencing from January 24, 2023 to January 27, 2023 at 3:00 p.m at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 in courtroom 618. All parties will be available and have no objection to this request.

Respectfully submitted,

_____  
BRETT M. SCHWARTZ, ESQ.  
Bschwartz@defendyourcase.com  
Florida Bar No. 150680  
HAGER & SCHWARTZ, P.A.  
110 SE 6th Street, Suite 1715  
Fort Lauderdale, FL 33301  
Telephone: (954) 533-3696  
Attorney for Defendant/Villegas

**SERVICE LIST**

Jacob Gutwillig, Esq.  
jacob.gutwillig@usdoj.gov  
United States Attorney's Office

---

REPLY TO:  
110 SE 6th Street, Suite 1715  
Ft Lauderdale, FL 33301

555 N.E. 15 Street  
Penthouse A  
Miami, FL 33132

137 W. Royal Palm Blvd.  
Boca Raton, FL 33432

140 S. Beach Street  
Suite 310  
Daytona Beach, FL 32114

Application GRANTED.  The sentencing hearing scheduled to take place on January 24, 2023, is hereby **ADJOURNED to January 27, 2023, at 3:00 p.m.** The parties shall abide by the submissions schedule set forth in the Court's minute entry of October 28, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 72.

Dated:     January 10, 2023
           New York, New York

                                        SO ORDERED.

                                        *[signature: Katherine Polk Failla]*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE