UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUAN FRANCISCO CUARTAS VILLEGAS,<br><br>Defendant. | 21 Cr. 99-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Villegas's motion for a reduction in his sentence, pursuant to the First Step Act. (Dkt. #125). The Court understands that neither Mr. Schwartz nor Mr. St. Laurent is representing Mr. Villegas in connection with this motion, and that Mr. Villegas is proceeding *pro se*.

The Government is hereby ORDERED to submit a response to the motion on or before **February 1, 2024**. Mr. Villegas may submit a reply on or before **March 1, 2024**.

SO ORDERED.

Dated:   December 18, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge