UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JUAN FRANCISCO CUARTAS VILLEGAS,<br><br>Defendant. | 21 Cr. 99-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Cuartas Villegas's motion for a reduction in his sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court understands that Mr. Cuartas Villegas is proceeding *pro se* with this motion, which has been filed under seal. The Government is hereby ORDERED to submit a response to the motion on or before **February 5, 2025**. Mr. Cuartas Villegas may submit a reply on or before **March 5, 2025.**

The Clerk of Court is directed to mail a copy of this Order to Mr. Cuartas Villegas at the address listed below:

> Juan Francisco Cuartas Villegas
> Reg. No. 21134-104
> FCI Atlanta
> Federal Correctional Institution
> P.O. Box 150160
> Atlanta, GA 30315

SO ORDERED.

Dated: January 6, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge